UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) INJUNCTIVE RELIEF REQUESTED |
| | ) |
| Plaintiff, | ) |
| | ) |
| V | ) CASE NO.: 1:25-cv-02257 |
| | ) |
| COOPER'S HAWK ARLINGTON | ) |
| HEIGHTS, LLC d/b/a Cooper's Hawk | ) |
| Winery & Restaurant-Arlington Heights, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant COOPER'S HAWK ARLINGTON HEIGHTS, LLC d/b/a Cooper's Hawk Winery & Restaurant-Arlington Heights, through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, <u>with prejudice</u>, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | COOPER'S HAWK ARLINGTON HEIGHTS, LLC |
| | |
| | /s/ *Erica J. Bury* |
| /s/ *Marshall J. Burt* | One of the Attorneys for Defendant |
| Attorney for Plaintiff | |
| | Joseph J. Lynett |
| Marshall J. Burt | Jackson Lewis P.C. |
| The Burt Law Group, Ltd. | 44 South Broadway, 14th Floor |
| 1338 S. Federal St. #L | White Plains, New York 10601 |
| Chicago, IL 60605 | Telephone: (914) 872-8060 |
| (312) 854-3833 | Joseph.Lynett@jacksonlewis.com |
| marshall@mjburtlaw.com | -and- |
| | Erica J. Bury |
| | Jackson Lewis P.C. |
| | 150 North Michigan Avenue, Suite 2500 |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 803-2520 |
| | Erica.Bury@jacksonlewis.com |

1

4911-5222-6129, v. 1